IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA M. SCANLAND, individually and on behalf of all similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHERN TITLE COMPANY, P.L.L.C., a/k/a SOUTHERN TITLE COMPANY, INC., a/k/a SOUTHERN TITLE COMPANY, INC. OF MISSISSIPPI, <br><br> Defendant. | Civil Action No. 06-0848-KD-C |

## ORDER

This action has been stayed due to the pendency of plaintiff's bankruptcy proceedings and closed for statistical purposes only. The last status report was received June 12, 2008, reporting that the defendant remained out of business and that plaintiff's bankruptcy proceedings had not been completed.

Accordingly, it is **ORDERED** that counsel for the plaintiff provide this court with a **status report** on or before **February 13, 2009**.

**DONE** and **ORDERED** this 13th day of January, 2008.

> s/ Kristi K. DuBose
> **KRISTI K. DuBOSE**
> **UNITED STATES DISTRICT JUDGE**